PICTET ARTIFICIAL ICE CO. *v.* NEW YORK ICE MACHINE CO.

*(Circuit Court, S. D. New York.    June 8, 1882.)*

PRACTICE—DISCONTINUANCE—DISMISSAL.
    Consent and order for discontinuance are, in effect, a dismissal of the bill.

WALLACE, C. J.    The consent and order for a discontinuance are, in effect, a dismissal of the bill.    The complainant has the right to dismiss, with costs to the defendant, at the present stage of the case, as of course.    I suggest, however, that a formal rule "dismissing" the bill be entered by complainant.